**DISMISS and Opinion Filed March 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01151-CV**

**IN THE INTEREST OF C.W.J., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-17022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

On December 23, 2021 and February 2, 2022, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* TEX. R. APP. P. 42.3(c). To date, appellant has failed to do so.

Because appellant has not paid the required fee or established he is entitled to proceed without payment of appellate costs,

we dismiss this appeal.  *See* TEX. R. APP. P. 5, 42.3.


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


211151F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.W.J., A CHILD

No. 05-21-01151-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-17022. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 4, 2022